Opinion issued April 16, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00081-CV

———————————

**JIM BOB, Appellant**

**V.**

**ERICKA  RUBY  GARZA, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-41601**

---

## MEMORANDUM OPINION

Appellant Jim Bob Evans has neither established indigence, nor paid all the required fees.  *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), § 51.851(b) (listing fees in court of

appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). Appellant was notified by the Court that this appeal would be subject to dismissal—unless he timely informed the Court in writing why he should not pay the fee or actually pays the fee. Appellant never responded as requested by the Court. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal due to the nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.